UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGIE HALL AND MATTHEW HALL,

    Plaintiffs,

v

KATRICE SWEET, KATHLEEN SINNAMON,
JIM GALE, MAURA D. CORRIGAN, AND
ISMAEL AHMED, all in their individual and
official capacities,

    Defendants.

No. 1:12-cv-153

HON. PAUL L. MALONEY

_____

Lisa C. Ward (P38933)
Nicole Jean Schmidtke (P76413)
Attorneys for Plaintiffs
2164 University Park Drive
Suite 250F
Okemos, MI  48864
(517) 347-8100

_____

Lisa Geminick (P60964)
John G. Fedynsky (P65232)
Assistant Attorneys General
Attorneys for Defendants
P.O. Box 30736
Lansing, Michigan  48909
517.373.6434
_____/

**STIPULATED ORDER OF DISMISSAL**

    This matter is before the Court on the stipulation of the parties, through their undersigned counsel, to dismiss Defendant Ismael Ahmed for the reasons discussed on the record on November 17, 2014.  The Court is fully advised in the matter:

2

      IT IS ORDERED that Defendant Ismael Ahmed is DISMISSED from this action with prejudice and without costs, interest, or attorney fees to any party.

Date: _____                         _____
                                                 HON. PAUL L. MALONEY

Stipulated and Approved for Entry:

*s/Lisa C. Ward (w/consent)*              Dated: December 17, 2014
Lisa C. Ward (P38933)
Attorneys for Plaintiffs

*s/Lisa Clark Geminick*                  Dated: December 17, 2014
Lisa Clark Geminick (P60964)
Attorney for Defendants