UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGIE HALL, et. al.,

    Plaintiffs,

v.

KATRICE SWEET, et al.,

    Defendants.

Case No. 1:12-cv-00153-PLM

HON. PAUL L. MALONEY

| **Lisa C. Ward (P38933)** | **Lisa M. Clark Geminick (P60964)** |
|---|---|
| LAW OFFICES OF LISA C. WARD, PLLC | Attorney for Defendants |
| Attorneys for Plaintiffs\ | Assistant Attorney General |
| 4131 Okemos Road | P.O Box 30736 |
| Suite 12 | Lansing, MI 48909 |
| Okemos, MI 48864 | (517) 373-6434 |
| (517) 347-8100 | |
| lisacwardlaw@gmail.com | |

## STIPULATION AND PROPOSED ORDER TO HOLD CASE DEADLINES IN ABEYANCE

Pursuant to Fed. R. Civ. P. 6(b), the parties and their Counsel stipulate and agree as follows:

**WHEREAS,** Defendants filed their Motion to Dismiss on January 12, 2018. Defendant's Motion seeks to dismiss Plaintiffs' Complaint in its entirety.

**THEREFORE,** the parties request that the Court hold all case deadlines in abeyance until Defendants' Motion to Dismiss has been decided.

Dated: January 31, 2018 /S/ Lisa C. Ward
Lisa C. Ward (P38933)
Attorney for Plaintiffs
Law Offices of Lisa C. Ward, PLLC
4131 Okemos Rd., Ste. 12
Okemos, Michigan 48864
(517) 347-8100

Dated: January 31, 2018 /s/ w perm. Lisa M. Clark Geminick
Lisa M. Clark Geminick
Attorney for Defendants
Assistant Attorney General
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANGIE HALL, et. al., | Case No. 1:12-cv-00153-PLM |
| Plaintiffs, | HON. PAUL L. MALONEY |
| v. | |
| KATRICE SWEET, et al., | |
| Defendants. | |

| | |
|---|---|
| **Lisa C. Ward (P38933)** | **Lisa M. Clark Geminick (P60964)** |
| LAW OFFICES OF LISA C. WARD, PLLC | Attorney for Defendants |
| Attorneys for Plaintiff | Assistant Attorney General |
| 4131 Okemos Road | P.O Box 30736 |
| Suite 12 | Lansing, MI 48909 |
| Okemos, MI 48864 | (517) 373-6434 |
| (517) 347-8100 | |
| lisacwardlaw@gmail.com | |

## ORDER

At a session of said court held in the United States District Court,
Western District of Michigan, Southern Division
This_____day of February 2018

**PRESENT: HONORABLE PAUL L. MALONEY**

This matter having come before the Court and having been stipulated by the parties:

**IT IS HEREBY ORDERED** that all deadlines in this case be held in abeyance until Defendants' Motion to Dismiss has been decided.

**IT IS SO ORDERED.**

 

_____
**HON. PAUL L. MALONEY**