UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANGIE HALL and MATTHEW HALL, )<br>　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　 )<br>-v-　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>KATRICE SWEET, et al., 　　　　 )<br>　　　　　　　Defendants. 　　 )<br>　　　　　　　　　　　　　　　 ) | No. 1:12-cv-153<br><br>Honorable Paul L. Maloney |

## JUDGMENT

Having reviewed the record, the Court finds that all pending claims have been resolved. The parties have stipulated to the dismissal of Defendants Gale, Corrigan and Ahmed. This Court dismissed all but one claim against Defendants Sweet and Sinnamon. The Sixth Circuit concluded Defendants Sweet and Sinnamon were entitled to qualified immunity on the remaining claim. The Court has dismissed the claim against Defendants Betts and Buchtrup.

As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS MATTER IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 28, 2018　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　United States District Judge